UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE: STRICKLAND, THOMAS E.       )       CASE NO. 13-15254 NLJ
       STRICKLAND, BARBARA A.       )        Chapter 7
                    Debtor(s)       )

TRUSTEE'S OBJECTION TO ALLOWANCE OF PROOF OF CLAIM;
AND NOTICE OF HEARING, AND DEADLINE TO FILE RESPONSE
TO THIS OBJECTION

Trustee Ginger D. Goddard objects to the allowance of the proof of claim filed by Altair OH XIII, LLC, Claim No. 5. Trustee makes these objections pursuant to 11 U.S.C. §502, Fed.R.Bankr.P. 3007 and 9013, and Local Rule 3007-1, and states as follows:

1. Cavalry SPV I LLC filed their Proof of Claim (Claim No. 5) on January 7, 2014. Claim No. 5 totaled $9,198.45.

2. The Trustee objects to this Proof of Claim as being outside the applicable statute of limitations.

**WHEREFORE**, Trustee hereby requests that the Court enter its Order determining Claim No. 5 should be disallowed and not paid by the trustee, and that the Court order such other and further relief as the Court deems just and proper.

NOTICE

**A hearing on the Objection to Allowance of Claim has been scheduled for 9:30 am, February 25, 2015, before the Honorable Niles Jackson, United States Bankruptcy Judge, Sixth Floor Courtroom, 215 Dean A. McGee, Oklahoma City, Oklahoma 73102. Any response or objection to the Objection must be filed on or before February 3, 2015. A failure to timely file a response or objection to the Objection may result in the Objection being sustained by the Court without further notice or hearing in accordance with Local Rule 9013-1(E).**

    /s/ Ginger D. Goddard
    Ginger D. Goddard, OBA#3416
    224 W. Gray, Suite 202
    Norman OK 73069
    (405) 329-5297 fax 310-6379
    gingergoddard@cox.net
    Attorney for Trustee

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing document was served on January 20 2015, using US Mail, first class, postage prepaid, namely:

Altair OH XIII, LLC
C/O Weinstein, Pinson and Riley, PS
2001 Western Avenue
Suite 400
Seattle, WA 98121


Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894-1847.


              /s/ Ginger D. Goddard
              Ginger D. Goddard, OBA#3416